UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN REALTY &
DEVELOPMENT, LLC                                                    PLAINTIFF

vs.                              CASE NO. 4:18-CV-851 JM

NIELCO FITNESS, INC. and
BILLY NIELSEN                                                       DEFENDANTS

## DEFAULT JUDGMENT

Pending is Plaintiff Metropolitan Realty & Development, LLC's motion for default judgment against Defendants Nielco Fitness, Inc. and Billy Nielsen, a Clerk's Default having previously been entered against each (Docket Nos. 6 and 8, respectively). It appears that the motion for default judgment (Document No. 9) is well taken and should be GRANTED. Default judgment is entered in favor of Plaintiff against Defendants jointly in the total amount of $89,861.86, representing a principal debt of $79,106.81, pre-judgment interest of $6,790.05, attorney's fees of $3,465.00, and costs of $500.00. The total judgment amount will bear interest from today until paid at the rate of 2.58[1] per annum until paid.

IT IS SO ORDERED this 24th day of January, 2019.

_____
James M. Moody Jr.
United States District Judge

---

[1] weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.